# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| HEIDI GLOSSER, | ) | CASE NO.: 1:19-cv-02146 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| AM-PM EMPLOYMENT, LLC, *et al.*, | ) | **ORDER OF DISMISSAL** |
| Defendants. | ) | |

The parties informed the Court by telephone that this matter has been resolved in its entirety. Therefore, the docket will be marked "settled and dismissed, without prejudice." The parties may submit within forty-five (45) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice, which, if approved, shall supplement this order. This Court will retain jurisdiction over the settlement.

The Case Management Conference scheduled for January 23, 2020 is hereby cancelled.

IT IS SO ORDERED.

DATE: January 22, 2020        /s/ John R. Adams
                              Judge John R. Adams
                              UNITED STATES DISTRICT COURT