So ordered. All claims are dismissed with prejudice as to named Plaintiff, Heidi Glosser, only.
/s/ John R. Adams
U.S. District Judge
February 25, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HEIDI GLOSSER**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**AM-PM EMPLOYMENT, LLC, ET AL.**<br><br>Defendants. | CASE NO. 1:19-cv-02146<br><br>JUDGE JOHN R. ADAMS |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate and agree that the claims set forth in Plaintiff's Complaint shall be dismissed with prejudice as to Named Plaintiff only. Nothing herein shall be construed to dismiss or otherwise prejudice the claims of absent class members. Each party to pay its own attorney fees and costs.

Respectfully Submitted,

O'TOOLE, McLAUGHLIN, DOOLEY
& PECORA, CO., LPA

 /s/ Stephen M. Bosak, Jr.
Matthew A. Dooley (0081482)
Stephen M. Bosak, Jr. (0092443)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:	(440) 930-4001
Facsimile:	(440) 934-7208
Email:	mdooley@omdplaw.com
	sbosak@omdplaw.com
*Counsel for Plaintiff and the putative class*

And

1